ACCEPTED
01-15-00385-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 9:59:55 AM
CHRISTOPHER PRINE
CLERK

**Cause Nos. 01-15-00385-CR and 01-15-00386-CR**

**IN THE COURT OF APPEALS**
**1ST JUDICIAL DISTRICT**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/22/2015 9:59:55 AM

CHRISTOPHER A. PRINE
Clerk

**DAIVION ANTHONY BANTON**

**V.**
**THE STATE OF TEXAS**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**Cause Nos. 14-DCR-066980 AND 14-DCR-066981**
**In 240th Judicial District Court of**
**Fort Bend County, Texas**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**APPELLANT'S LETTER TO THE COURT REPORTER**

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

**COMES NOW, DAIVION ANTHONY BANTON,** by and through his attorney of record, David Alan Disher, pursuant to TEX. R. APP. P. 13.1, 13.2, and 31.1, respectfully shows that the Appellant on May 22, 2015 requested Ms. Elizabeth Wittu, Official Court Reporter, 240th Judicial District Court, Fort Bend County, Texas, to prepare a transcript of the Bond Reduction hearing held March 26, 2015 before Judge Pedro Ruiz and also requested that she file the Reporter's Record accordingly.

Please find attached a copy of today's letter to Ms. Elizabeth Wittu,

Official Court Reporter, 240th Judicial District Court, Fort Bend County,

Texas, wherein David Alan Disher requested she prepare the transcript.

Respectfully submitted,

/s/ David Alan Disher

_____

David Alan Disher,
Attorney for Defendant/Appellant
TBC #05895600
1167 FM 2144
Schulenburg, Texas 78956
Phone number:  979-263-5174
Fax number: 979-263-5183

# CERTIFICATE OF SERVICE

I hereby certify that the original foregoing Appellant's Letter To The Court Reporter was e-filed with

Ms. Michelle Gentile
Chief Deputy Clerk
Court of Appeals For the First Court of Appeals
301 Fannin Street
Houston 77002-2066,

and a copy of the foregoing Appellant's Letter To The Court Reporter has been personally hand delivered, by Fax, or sent certified mail, return receipt requested, by the U. S. Mail to the following parties:

Mr. John Healey
Fort Bend County Criminal District Attorney
Fort Bend County Courthouse
Richmond, Texas 77469,

Mr. Fred Felcman
Fort Bend County Assistant District Attorney
Fort Bend County Courthouse
Richmond, Texas 77469, and

Ms. Elizabeth Wittu
Offical Court Reporter
240th Judicial District Court
Fort Bend County Courthouse
Richmond, Texas 77469
via e-mail at wittueli@fortbendcountytx.gov

and mailed to the Appellant via regular postpaid, U.S. mail at his last known address of:

**DAIVION ANTHONY BANTON**
**INMATE**
Fort Bend County Jail
1410 Ransom Road
Richmond, TX 77469

on this the 22nd day of May, 2015.

/s/ David Alan Disher

_____

David Alan Disher
Attorney for Appellant